AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of California

E-filing

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INNOVATIVE BANK<br>*Plaintiff*<br><br>v.<br><br>SEONG HOON HONG; DAVID CHIU; JIN YOUNG KIM (AKA JIMMY KIM); JUNG MIN MOK; YOUNG HO WON; SANGCHOL AN; CHANG K. CHANG; SUNG SANG CHO; HARRY MOOK CHOI; YONG OH CHOI; TONY HUEY; CHONG KIM; JUNG KIM; BHUPENDRA PATEL<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CV 12 2658**

Civil Action No.

LB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  SEONG HOON HONG; DAVID CHIU; JIN YOUNG KIM (AKA JIMMY KIM); JUNG MIN MOK; YOUNG HO WON; SANGCHOL AN; CHANG K. CHANG; SUNG SANG CHO; HARRY MOOK CHOI; YONG OH CHOI; TONY HUEY; CHONG KIM; JUNG KIM; BHUPENDRA PATEL

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Anthony J. Barron, Bar No. 150447
Gina M. Fornario, Bar No. 246619
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
*CLERK OF COURT*

Date: _____   MAY 2 3 2012

_____
*Signature of Clerk or Deputy Clerk*
ANNA SPRINKLES

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Gina M. Fornario, 246619<br>NIXON, PEABODY, LLP<br>One Embarcadero Center | TELEPHONE NO.:<br>(415) 984-8200 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>060826-44 | |

Insert name of court, judicial district or branch court, if any:
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Federal Deposit Insurance Corporation as Receiver

DEFENDANT:
Seong Hoon Hong, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 12 2658 LB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons In A Civil Action, Civil Cover Sheet, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Consenting to Magistrate Judge's Jurisdiction in Northern District CA, Standing Order for U.S. Magistrate Judge Laurel Beeler, Standing Order for all Judges of N. District of CA, Judge Beeler's Exhibit List, N. District CA ECF Registration Information Handout, Notice Regarding Cameras in the Courtroom Pilot, Guidelines, Notice of Assignment, Consent to Proceed Form, Declination to Proceed Form

2. Party Served:      Young Ho Won

3. Person Served:      party in item 2

  a. Left with:      "Jane Doe" (AF,40,5'3,120,BlkHr)- Person in Charge of Office

4. Date & Time of Delivery:      6/3/2012      9:29 PM

5. Address, City and State:      83 Monzacourt
                         Danville, CA 94526

6. Manner of Service:      By leaving the copies with or in the presence of "Jane Doe" (AF,40,5'3,120,BlkHr), a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

Fee for Service: $95.40

Registered California process server.
County:  ALAMEDA
Registration No.: 1225

Faheem Rashad Moore One Legal - 194-Marin
504 Redwood Blvd #223 Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the State of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/8/2012 at Oakland, California.

Signature: _____

Faheem Rashad Moore

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Gina M. Fornario, 246619<br>NIXON, PEABODY, LLP<br>One Embarcadero Center | | (415) 984-8200 | |
| | Ref. No. or File No. | | |
| ATTORNEY FOR (Name): Plaintiff | 060826-44 | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102-3483

PLAINTIFF:

Federal Deposit Insurance Corporation as Receiver

DEFENDANT:

Seong Hoon Hong, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT./DIV.: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV 12 2658 LB |

I am a citizen of the United States, over the age of 18 and not a party to the within action.  My business address is 504 Redwood Blvd #223, Novato, CA  94947.

On 6/8/2012, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons In A Civil Action, Civil Cover Sheet, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Consenting to Magistrate Judge's Jurisdiction in Northern District CA, Standing Order for U.S. Magistrate Judge Laurel Beeler, Standing Order for all Judges of N. District of CA, Judge Beeler's Exhibit List, N. District CA ECF Registration Information Handout, Notice Regarding Cameras in the Courtroom Pilot,

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

Young Ho Won
83 Monzacourt
Danville, CA  94526

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $95.40

| | |
|---|---|
| Lee Major<br>Faheem Rashad Moore<br>One Legal - 194-Marin<br>504 Redwood Blvd #223<br>Novato, CA  94947 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 6/8/2012 at Oakland, California.<br><br>*Lee Major*<br><br>Lee Major<br>OL# 6780534 |