Anthony J. Barron, Bar No. 150447
abarron@nixonpeabody.com
Marcie Keenan Farano, Bar No. 177939
mfarano@nixonpeabody.com
Gina M. Fornario, Bar No. 246619
gfornario@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR INNOVATIVE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INNOVATIVE BANK,<br><br>Plaintiff,<br><br>vs.<br><br>SEONG HOON HONG; DAVID CHIU; JIN YOUNG KIM (AKA JIMMY KIM); JUNG MIN MOK; YOUNG HO WON; SANGCHOL AN; CHANG K.  CHANG; SUNG SANG CHO; HARRY MOOK CHOI; YONG OH CHOI; TONY HUEY; CHONG KIM; JUNG KIM; BHUPENDRA PATEL,<br><br>Defendants. | CV-12-2658 CW<br><br>**DECLARATION OF GINA M. FORNARIO IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT  JIN YOUNG KIM (AKA JIMMY KIM)**<br><br><br>**Complaint Filed May 23, 2012** |

Declaration of Gina M. Fornario In Support of Request for Entry of Default Against
Defendant Jin Young Kim (aka Jimmy Kim)
Case No. CV 12 2658 CW

14182088.3

I, Gina M. Fornario, declare:

1. I am an attorney at law duly licensed to practice law before all of the courts of the State of California and am an associate at Nixon Peabody LLP, counsel for plaintiff Federal Deposit Insurance Corporation as Receiver For Innovative Bank ("FDIC").  Except as to those matters set forth upon information and belief, I have personal knowledge of the facts set forth herein, and could competently testify thereto.

2. On May 23, 2012, the FDIC filed a complaint in the above-captioned matter for breach of fiduciary duty, gross negligence, negligence, and fraud (the "Complaint") against, *inter alia*, defendant Jin Young Kim (aka Jimmy Kim) ("Kim").

3. After numerous attempts to personally serve defendant Kim at his residence, on July 26, 2012, service was effected upon defendant Kim via substitute service upon defendant Kim's father, Dong Kim, as evidenced by the proof of service filed with this Court on August 15, 2012 [Docket No. 32].

4. Per the applicable response deadlines for substitute service effected pursuant to Federal Rule of Civil Procedure section 4(e)(2), defendant Kim's answer was to be filed no later than **August 31, 2012**.

5. To date, defendant Kim has not filed an answer or otherwise responded to the FDIC's Complaint.

6. Upon information and belief, defendant Kim is not a minor, incompetent person, or a person in military service.

7. Accordingly, per Judge Wilken's Amended Minute Order dated September 26, 2012, directing the FDIC to "proceed with default as to Defendants that have failed to answer" [Docket No. 45], the FDIC hereby requests a default be entered against defendant Kim.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration was executed on October 17, 2012, at San Francisco, California.

/s/ Gina M. Fornario<br>Gina M. Fornario

1

Declaration of Gina M. Fornario In Support of Request for Entry of Default Against
Defendant Jin Young Kim (aka Jimmy Kim)
Case No. CV 12 2658 CW

14182088.3