Anthony J. Barron, Bar No. 150447
abarron@nixonpeabody.com
Marcie Keenan Farano, Bar No. 177939
mfarano@nixonpeabody.com
Gina M. Fornario, Bar No. 246619
gfornario@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR INNOVATIVE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INNOVATIVE BANK,<br><br>Plaintiff,<br><br>vs.<br><br>SEONG HOON HONG; DAVID CHIU; JIN YOUNG KIM (AKA JIMMY KIM); JUNG MIN MOK; YOUNG HO WON; SANGCHOL AN; CHANG K.  CHANG; SUNG SANG CHO; HARRY MOOK CHOI; YONG OH CHOI; TONY HUEY; CHONG KIM; JUNG KIM; BHUPENDRA PATEL,<br><br>Defendants. | CV-12-2658 CW<br><br>**ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT JIN YOUNG KIM (AKA JIMMY KIM)**<br><br>**Complaint Filed May 23, 2012** |

It appearing from the records in the above-entitled action that summons have been served upon defendant Jin Young Kim (aka Jimmy Kim) ("Kim"), and it further appearing from the affidavit of counsel for the Plaintiff Federal Deposit Insurance Corporation as Receiver for Innovative Bank ("Plaintiff") and other evidence as required by F.R.C.P. 55(a) that defendant Kim has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel, the **DEFAULT** of **DEFENDANT JIN YOUNG KIM (AKA JIMMY KIM)** is hereby entered.

Dated: _____

By: _____
Deputy Clerk to Hon. Claudia Wilken