IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>           Plaintiff,<br><br>   v.<br><br>SEONG HOON HONG, et al.,<br><br>           Defendants. | No. 4:12-cv-02658 CW (NC)<br><br>**ORDER VACATING FURTHER SETTLEMENT CONFERENCE** |
| SEONG HOON HONG, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>           Defendant. | No. 4:13-cv-00777 YGR (NC |

The FDIC's unopposed request to vacate the May 16 settlement conference is case number 4:12-cv-02658 CW is GRANTED. The Court also MODIFIES the settlement conference in 4:13-cv-00777 YGR to be telephonic, for counsel only, commencing May 16 at 1:30 p.m. Counsel shall contact the Courtroom Deputy at 415.522.2039 for dial-in information for the conference.

The Court will schedule a further consolidated settlement conference in these cases if and when all the parties and their counsel are committed to exploring settlement.

**IT IS SO ORDERED.**

Dated: May 10, 2013

NATHANAEL COUSINS
United States Magistrate Judge