STEVE E. SHAPIRO, ESQ (SBN 120200)
sshapiro@ksplr.com
JOHN P. LEE, ESQ. (SBN 144062)
jlee@kspllaw.com
Kim, Shapiro, Park & Lee
A Professional Law Corporation
3435 Wilshire Boulevard, Suite 2050
Los Angeles, CA 90010
Tel: (213) 380-9200
Fax: (213) 380-9302

Attorneys for Defendants
DAVID CHIU, JUNG MIN MOK, SANGCHOL AN, CHANG K. CHANG,
YONG OH CHOI, TONY HUEY, JUNG KIM AND BHUPENDRA PATEL

# DISTRICT COURT OF THE UNITED STATES

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INNOVATIVE BANK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEONG HOON HONG; DAVID CHIU; JIN YOUNG KIM (AKA JIMMY KIM); JUNG MIN MOK; YOUNG HO WON; SANGCHOL AN; CHANG K. CHANG; SUNG SANG CHO; HARRY MOOK CHOI; YONG OH CHOI; TONY HUEY; CHONG KIM; JUNG KIM; BHUPENDRA PATEL<br><br>　　　　　Defendants.<br>_____ | **CASE NO.: CV12-2658 LB**<br><br>**STIPULATION REQUESTING ORDER CONTINUING FACT DISCOVERY CUT-OFF FOR TWO WEEKS FOR THE SOLE PURPOSE OF COMPLETING ALREADY NOTICED DEPOSITIONS** |

　　　WHEREAS on May 15, 2013, Defendants requested depositions of three FDIC employees and a 30(b)(6) deposition of the FDIC;

STIPULATION REQUESTING ORDER CONTINUING FACT DISCOVERY CUT-OFF -- CV12-2658 LB

1

WHEREAS the schedules of counsel and the witnesses have not been able to accommodate depositions dates before the fact discovery cut-off of June 28, 2013;

WHEREAS the parties agree to a short extension of the fact discovery cut-off for purposes of completing the already noticed depositions of the FDIC and its witnesses;

WHEREAS the short extension will not interfere with other scheduled dates in this matter;

WHEREAS granting a short extension will avoid unnecessary discovery motion practice;

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that fact discovery cut-off date of June 28, 2013 be continued to July 12, 2013 for the sole purpose of completing currently noticed depositions.

Dated:  June 11, 2013              Respectfully submitted,

KIM, SHAPIRO, PARK & LEE


By: /s/ Steven E. Shapiro

Attorneys for Defendants
DAVID CHIU, JUNG MIN MOK, SANGCHOL AN, CHANG K. CHANG, YONG OH CHOI, TONY HUEY, JUNG KIM and BHUPENDRA PATEL
*Hong et al. v. Chartis Specialty Insurance Company*, Case No. C 13-777 CW; *Hong v. Chartis Specialty Insurance Company*, Case No. C 13-01769 CW; and *Won v. Chartis Specialty Insurance Company,* Case No. C 13-1029 CW

The undersigned have given authority to counsel for Chartis Specialty Insurance Company to file this Stipulation and [Proposed] Order on their behalf.

STIPULATION REQUESTING ORDER CONTINUING FACT DISCOVERY CUT-OFF -- CV12-2658 LB

Dated: June 11, 2013                KIM, SHAPIRO, PARK & LEE

                                    By: /s/ Steve E. Shapiro

                                    Attorneys for Defendants
                                    DAVID CHIU, JUNG MIN MOK,
                                    SANGCHOL AN, CHANG K.
                                    CHANG, YONG OH CHOI,
                                    TONY HUEY, JUNG KIM and
                                    BHUPENDRA PATEL

Dated: June 11, 2013                PARK & SYLVA

                                    By: /s/ Daniel E. Park

                                    Attorneys for Plaintiff
                                    SEONG HOON HONG

Dated: June 11, 2013                NASSIRI & JUNG, LLP

                                    By: /s/ Kassra P. Nassiri

                                    Attorneys for Plaintiff
                                    YOUNG HO WON

Dated: June 11, 2013                NIXON PEABODY LLP

                                    By: /s/ Anthony J. Barron

                                    Attorneys for Plaintiff
                                    FEDERAL DEPOSIT
                                    INSURANCE CORPORATION
                                    AS RECEIVER FOR
                                    INNOVATIVE BANK

STIPULATION REQUESTING ORDER CONTINUING FACT DISCOVERY CUT-OFF -- CV12-2658 LB

[PROPOSED] ORDER

Pursuant to Stipulation, it is ordered that the fact discovery in this case be continued from June 28, 2013 to July Case Management Conference in the three Coverage Actions is continued to July 12, 2013, for the sole purpose of completing depositions already noticed.

Dated: 6/19/2013

United States District Court Judge

STIPULATION REQUESTING ORDER CONTINUING FACT DISCOVERY CUT-OFF -- CV12-2658 LB

4