STEVE E. SHAPIRO, ESQ (SBN 120200)
sshapiro@kspllaw.com
JOHN P. LEE, ESQ. (SBN 144062)
jlee@kspllaw.com
Kim, Shapiro, Park & Lee
A Professional Law Corporation
3435 Wilshire Boulevard, Suite 2050
Los Angeles, CA 90010
Tel: (213) 380-9200
Fax: (213) 380-9302

Attorneys for Defendants
DAVID CHIU, JUNG MIN MOK, SANGCHOL AN, CHANG K. CHANG,
YONG OH CHOI, TONY HUEY, JUNG KIM AND BHUPENDRA PATEL

# DISTRICT COURT OF THE UNITED STATES

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INNOVATIVE BANK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SEONG HOON HONG; DAVID CHIU; JIN YOUNG KIM (AKA JIMMY KIM); JUNG MIN MOK; YOUNG HO WON; SANGCHOL AN; CHANG K. CHANG; SUNG SANG CHO; HARRY MOOK CHOI; YONG OH CHOI; TONY HUEY; CHONG KIM; JUNG KIM; BHUPENDRA PATEL<br><br>　　　　　　Defendants.<br>_____ | **CASE NO.: CV12-2658 LB**<br><br>**STIPULATION REQUESTING ORDER CONTINUING FACT DISCOVERY CUT-OFF FOR THE SOLE PURPOSE OF PREVIOUSLY NOTICED DEPOSITIONS** |

　　　WHEREAS the parties agree to accommodate several witnesses whose depositions have been previously noticed;

STIPULATION REQUESTING ORDER CONTINUING FACT DISCOVERY CUT-OFF -- CV12-2658 LB

1

WHEREAS Defendant Harry Mook Choi has recently had surgery and is presently recuperating and is presently unable to attend his deposition;

WHEREAS Defendant Young Ho Won is currently in settlement discussions with the FDIC and the remaining defendants would prefer to take his deposition after such a settlement occurs (if one occurs at all);

WHEREAS Defendant David Chiu has a long planned vacation that makes him unavailable for deposition until after July 9, 2013;

WHEREAS the parties agree to a short extension of the fact discovery cut-off for purposes of completing the previously noticed depositions;

WHEREAS the short extension will not interfere with other scheduled dates in this matter;

WHEREAS granting a short extension will avoid unnecessary discovery motion practice;

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that fact discovery cut-off date of July 12, 2013 be continued to July 31, 2013 for the sole purpose of completing currently noticed depositions.

Dated:  June 25, 2013                    Respectfully submitted,

KIM, SHAPIRO, PARK & LEE


By: /s/ Steven E. Shapiro

Attorneys for Defendants
DAVID CHIU, JUNG MIN MOK,
SANGCHOL AN, CHANG K.
CHANG, YONG OH CHOI,
TONY HUEY, JUNG KIM and
BHUPENDRA PATEL

The undersigned have given authority to Steven E. Shapiro to file this Stipulation and [Proposed] Order on their behalf.

STIPULATION REQUESTING ORDER CONTINUING FACT DISCOVERY CUT-OFF -- CV12-2658 LB

| | | |
|---|---|---|
|1| | |
|2|Dated:  June 25, 2013|KIM, SHAPIRO, PARK & LEE|

By: /s/ Steve E. Shapiro

    Attorneys for Defendants
    DAVID CHIU, JUNG MIN MOK,
    SANGCHOL AN, CHANG K.
    CHANG, YONG OH CHOI,
    TONY HUEY, JUNG KIM and
    BHUPENDRA PATEL

Dated:  June 25, 2013        PARK & SYLVA

By: /s/ Daniel E. Park

    Attorneys for Plaintiff
    SEONG HOON HONG

Dated:  June 25, 2013        NASSIRI & JUNG, LLP

By: /s/ Kassra P. Nassiri

    Attorneys for Plaintiff
    YOUNG HO WON

STIPULATION REQUESTING ORDER CONTINUING FACT DISCOVERY CUT-OFF -- CV12-2658 LB

| | | |
|---|---|---|
| Dated:  June 25, 2013 | | NIXON PEABODY LLP |
| | | By: /s/ Anthony J. Barron |
| | | Attorneys for Plaintiff<br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INNOVATIVE BANK |
| Dated:  June 25, 2013 | | ROBERT LANE |
| | | By: /s/ Robert Lane |
| | | Attorney for Plaintiff<br>HARRY MOOK CHOI |

### [PROPOSED] ORDER

Pursuant to Stipulation, it is ordered that the fact discovery in this case be continued from July 12, 2013 to July 31, 2013, for the sole purpose of completing depositions previously noticed.

Dated:  6/27/2013

_____
United States District Court Judge

STIPULATION REQUESTING ORDER CONTINUING FACT DISCOVERY CUT-OFF -- CV12-2658 LB