Anthony J. Barron, Bar No. 150447
abarron@nixonpeabody.com
Marcie Keenan Farano, Bar No. 177939
mfarano@nixonpeabody.com
Gina M. Fornario, Bar No. 246619
gfornario@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR INNOVATIVE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INNOVATIVE BANK,<br><br>              Plaintiff,<br><br>    vs.<br><br>SEONG HOON HONG; DAVID CHIU; JIN YOUNG KIM (AKA JIMMY KIM); JUNG MIN MOK; YOUNG HO WON; SANGCHOL AN; CHANG K. CHANG; SUNG SANG CHO; HARRY MOOK CHOI; YONG OH CHOI; TONY HUEY; CHONG KIM; JUNG KIM; BHUPENDRA PATEL,<br><br>              Defendants. | CV-12-2658 CW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING PENDING COURT DATES AND EXPERT DISCOVERY DEADLINES |

-1-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE DATES AND DEADLINES
CASE NO. CV 12 2658 CW

WHEREAS, the parties are engaged in settlement discussions and will attend a mediation with Judge Warren on November 5, 2013;

WHEREAS, a Case Management Conference ("CMC") is currently scheduled in the case for November 7, 2013, and the parties have agreed to continue the CMC date to November 21, 2013 at 2:00 p.m.;

WHEREAS, the parties have informally resolved a discovery dispute related to expert disclosures and have agreed to amend and/or supplemental the existing expert reports disclosed in the case with Plaintiff's amended and/or supplemental expert report due on November 8, 2013 and Defendants' amended and/or supplemental expert report due on November 29, 2013;

WHEREAS the current deadline for completion of expert discovery is November 8, 2013;

WHEREAS the parties hope to postpone or avoid additional expenses in conjunction with imminent expert discovery deadlines while they further explore the possibility of settlement;

WHEREAS the parties agree to a further extend of the expert discovery cut-off date to December 9, 2013;

WHEREAS granting the short extensions referenced above may facilitate settlement discussions and avoid unnecessary expenses.

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the new pending dates are continued as follows:

(1) November 21, 2013 CMC at 2:00 PM before Judge Claudia Wilken;

(2) December 9, 2013 for completion of expert discovery.

Dated: November 1, 2013                    Respectfully submitted,

**NIXON PEABODY LLP**

By: *s/ Marcie K. Farano* _____
    Marcie K. Farano
    Attorneys for Plaintiff
    FEDERAL DEPOSIT INSURANCE
    CORPORATION AS RECEIVER FOR
    INNOVATIVE BANK

-2-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE DATES AND DEADLINES
CASE NO. CV 12 2658 CW

The undersigned have given authority to Marcie K. Farano to file this Stipulation and [Proposed] Order on their behalf.

Dated:  November 1, 2013          **KIM, SHAPIRO, PARK & LEE**

By: */s/ Steve E. Shapiro*
      Steve Shapiro, Esq.
      Attorney for Defendants
      CHANG K. CHANG, JUNG MIN MOK,
      YONG OH CHOI, DAVID CHIU, TONY
      HUEY, JUNG KIM, BHUPENDRA
      PATEL AND SANGCHOL AN

Dated:  November 1, 2013          **PARK & SYLVA**

By: */s/ Daniel E. Park*
      Daniel Eal Young Park, Esq.
      Attorney for Defendant
      SEONG HOON HONG

Dated:  November 1, 2013          **NASSIRI & JUNG LLP**

By: */s/ Kassra Powell Nassiri*
      Kassra Powell Nassiri, Esq.
      Attorney for Defendant
      YOUNG HO WON

Dated:   November 1, 2013          **LAW OFFICES OF ROBERT LANE**

By: */s/ Robert Lane*
      Robert Lane, Esq.
      Attorney for Defendant
      HARRY MOOK CHOI

///

///

///

-3-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE DATES AND DEADLINES
CASE NO. CV 12 2658 CW

# [PROPOSED] ORDER

Pursuant to Stipulation, it is ordered that the case management conference and expert related discovery deadlines in the case are continued as follows:

(1) November 21, 2013 - Case management conference at 2:00 p.m. before Judge Claudia Wilken;

(2) December 9, 2013 - Completion of expert discovery.

DATED: 11/6/2013

Hon. Claudia A. Wilken
United States District Court Judge