Anthony J. Barron, Bar No. 150447
abarron@nixonpeabody.com
Marcie Keenan Farano, Bar No. 177939
mfarano@nixonpeabody.com
Gina M. Fornario, Bar No. 246619
gfornario@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR INNOVATIVE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INNOVATIVE BANK,<br><br>Plaintiff,<br><br>vs.<br><br>SEONG HOON HONG; DAVID CHIU; JIN YOUNG KIM (AKA JIMMY KIM); JUNG MIN MOK; YOUNG HO WON; SANGCHOL AN; CHANG K. CHANG; SUNG SANG CHO; HARRY MOOK CHOI; YONG OH CHOI; TONY HUEY; CHONG KIM; JUNG KIM; BHUPENDRA PATEL,<br><br>Defendants. | CV-12-2658 CW<br><br>**STIPULATION AND ORDER CONTINUING ALL CURRENT CASE DEADLINES AND COURT DATES PENDING FINALIZATION OF SETTLEMENT AGREEMENT** |

WHEREAS, the parties have reached a settlement in principal of this matter following a November 5, 2013 mediation with Judge Warren (Ret.);

WHEREAS, the parties are now working to reduce the settlement to a written agreement and have agreed to continue pending case dates and deadlines while the settlement and release agreement is being drafted and executed;

WHEREAS, a Case Management Conference ("CMC") is currently scheduled for January 23, 2014 at 2:00 P.M., at which time the parties expect to report on finalization of the settlement and release agreement;

WHEREAS extension of all existing case deadlines and court dates referenced and proposed below will facilitate finalization of the settlement and avoid unnecessary expenses and prevent wasting of judicial resources.

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the following case deadlines and dates be extended as indicated:

| Event | Current Date | Stipulated New Date |
| --- | --- | --- |
| Defendants' Supplemental Expert Disclosure Due | November 29, 2013 | January 28, 2014 |
| Close of Expert Discovery | December 9, 2013 | February 10, 2014 |
| Last Day for Parties to Exchange Joint Pretrial Statement, Motions in Limine, Proposed Voir Dire, Jury Instructions, Forms of Verdict, Briefs, Exhibit and Witness Lists, Proposed Findings of Fact and Conclusions of Law, Trial Materials and Statement Designating Deposition Excerpts and Other Discovery to be Offered at Trial | December 24, 2013 | February 25, 2014 |
| Pre-trial Disclosures Pursuant to FRCP 26(a)(3) | January 3, 2014 | March 4, 2014 |
| Parties to Submit Joint Pretrial Conference Statement, Motions in Limine, Pre-Trial Briefs, Joint Proposed Voir Dire, Joint Proposed Jury Instructions, Forms of Verdict, Briefs, Exhibit and Witness Lists, Proposed Findings of Fact and Conclusions of Law, Trial Materials and Statement Designating Deposition Excerpts and other Discovery to be Offered at Trial | January 8, 2014 | March 10, 2014 |
| Last Day to File any Stipulated Request or Motion for Order Enlarging or Shortening Time Which Affects Trial | January 17, 2014 | March 19, 2014 |
| Pre-trial conference | January 22, 2014 | March 26, 2014 |
| Jury Trial (12 day jury trial to commence) | February 3, 2014 | April 7, 2014 |

1

2 Dated: November 20, 2013                           Respectfully submitted,

3                                                   **NIXON PEABODY LLP**

4
                                                    By: /s/ *Marcie K. Farano*
5                                                       Marcie K. Farano
                                                        Attorneys for Plaintiff
6                                                       FEDERAL DEPOSIT INSURANCE
                                                        CORPORATION AS RECEIVER FOR
7                                                       INNOVATIVE BANK

8  The undersigned have given authority to Marcie K. Farano to file this Stipulation and [Proposed]

9  Order on their behalf.

10

11 Dated: November 20, 2013                          **KIM, SHAPIRO, PARK & LEE**

12                                                   By: /s/ *Steve E. Shapiro*
                                                        Steve Shapiro, Esq.
13                                                      Attorney for Defendants
                                                        CHANG K. CHANG, JUNG MIN MOK,
14                                                      YONG OH CHOI, DAVID CHIU, TONY
                                                        HUEY, JUNG KIM, BHUPENDRA
15                                                      PATEL AND SANGCHOL AN

16

17 Dated: November 20, 2013                          **PARK & SYLVA**

18
                                                     By: /s/ *Daniel E. Park*
19                                                       Daniel Eal Young Park, Esq.
                                                         Attorney for Defendant
20                                                       SEONG HOON HONG

21

22 Dated: November 20, 2013                          **NASSIRI & JUNG LLP**

23                                                   By: /s/ *Kassra Powell Nassiri*
                                                         Kassra Powell Nassiri, Esq.
24                                                       Attorney for Defendant
                                                         YOUNG HO WON
25

26 ///

27

28

| | | |
|---|---|---|
| 1 | Dated:  November 20, 2013 | **LAW OFFICES OF ROBERT LANE** |
| 2 | | By: */s/ Robert Lane* |
| 3 | | Robert Lane, Esq. |
| | | Attorney for Defendant |
| 4 | | HARRY MOOK CHOI |

5  ///

6  ///

7  ///

## ORDER

Pursuant to Stipulation, it is ordered that all case deadlines and pending court dates are extended as follows:

| Event | New Date |
|---|---|
| Defendants' Supplemental Expert Disclosure Due | January 28, 2014 |
| Close of Expert Discovery | February 10, 2014 |
| Last Day for Parties to Exchange Joint Pretrial Statement, Motions *in Limine*, Proposed Voir Dire, Jury Instructions, Forms of Verdict, Briefs, Exhibit and Witness Lists, Proposed Findings of Fact and Conclusions of Law, Trial Materials and Statement Designating Deposition Excerpts and Other Discovery to be Offered at Trial | February 25, 2014 |
| Pre-trial Disclosures Pursuant to FRCP 26(a)(3) | March 4, 2014 |
| Parties to Submit Joint Pretrial Conference Statement, Motions *in Limine*, Pre-Trial Briefs, Joint Proposed Voir Dire, Joint Proposed Jury Instructions, Forms of Verdict, Briefs, Exhibit and Witness Lists, Proposed Findings of Fact and Conclusions of Law, Trial Materials and Statement Designating Deposition Excerpts and other Discovery to be Offered at Trial | March 10, 2014 |
| Last Day to File any Stipulated Request or Motion for Order Enlarging or Shortening Time Which Affects Trial | March 19, 2014 |
| Pre-trial conference | March 26, 2014 |
| Jury Trial (12 day jury trial to commence) | April 7, 2014 |

DATED: 11/21/2013

Hon. Claudia A. Wilken
United States District Court Judge

# PROOF OF SERVICE

I, the undersigned, certify that I am employed in San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111.

The following document(s):

**STIPULATION AND [PROPOSED] ORDER CONTINUING ALL CURRENT CASE DEADLINES AND COURT DATES PENDING FINALIZATION OF SETTLEMENT AGREEMENT**

were served on the dates and on the parties stated below, through their attorneys of record, by placing a true copy thereof in sealed envelopes addressed as shown below by the following means of service:

- ☐ **(BY FACSIMILE)** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

- ☐ **(BY OVERNIGHT COURIER)** I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day

- ☐ **(BY COURIER)** by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

- ☒ **(BY E-MAIL)** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Addressee(s)

| | |
|---|---|
| John P. Lee, Esq.<br>Steve Shapiro, Esq.<br>Robert Dart, Esq.<br>KIM SHAPIRO PARK & LEE<br>3435 Wilshire Blvd, Suite 2050<br>Los Angeles, CA 90010<br>Tel.: (213) 380-9200<br>Fax: (213) 380-9302<br>Email: jlee@kspllaw.com<br>sshapiro@kspllaw.com ; rdart@kspllaw.com<br>*Counsel for Defendants Jung Min Mok, Yong Oh Choi, Chang K. Chang, David Chiu, Sangchol An, Bhupendra Patel, Tony Huey and Jung Kim* | Daniel E. Park, Esq.<br>Christopher C. Cianci, Esq.<br>Ann S. Hong, Esq.<br>PARK & SYLVA<br>3731 Wilshire Blvd, Suite 600<br>Los Angeles, CA 90010<br>Email: dpark@parksylvalaw.com<br>Christopher@parksylvalaw.com<br>ann@parksylvalaw.com<br>*Counsel for Defendant Seong Hoon Hong* |

-6-

14723761.2

STIPULATION AND [PROPOSED] ORDER CONTINUING ALL CURRENT CASE DEADLINES AND COURT DATES PENDING FINALIZATION OF SETTLEMENT AGREEMENT; CASE NO. CV 12 2658 CW

1

2  Kassra Powell Nassiri, Esq.  
   Charles H. Jung, Esq.  
3  NASSIRI & JUNG LLP  
   47 Kearny Street, Suite 700  
4  San Francisco, CA 94108  
   Email: knassiri@nassiri-jung.com;  
5  cjung@nassiri-jung.com  
   *Counsel for Young Ho Won*

Randolph Gaw, Esq.  
THE GAW GROUP  
100 Pine Street, Suite 1250  
San Francisco, CA 94111  
Email: rgaw@thegawgroup.com  
*Counsel for Young Ho Won*

6

7  Robert K. Lane, Esq.  
   3657 Grand Avenue  
   Oakland, CA 94610-2009  
8  Email: r_k_lane@pacbell.net  
   *Counsel for Defendant Harry Mook Choi*

9

10   I declare under penalty of perjury that the foregoing is true and correct. Executed on

11 November 20, 2013, at San Francisco, California.

*[signature: Lillian Cardona]*

Lillian Cardona