IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., <br><br>    Plaintiff, <br><br>  v. <br><br>SEONG HOON HONG, et al., <br><br>    Defendants. <br>==================================/ | No. C 12-2658 <br><br>ORDER DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT; CONTINUING CASE MANAGEMENT CONFERENCE; VACATING TRIAL DATES |
| SEONG HOON HONG, et al., <br><br>    Plaintiffs, <br><br>  v. <br><br>CHARTIS SPECIALTY INSURANCE CO., <br><br>    Defendant. <br>==================================/ | No. C 13-0777 |
| YOUNG HO WON, <br><br>    Plaintiff, <br><br>  v. <br><br>CHARTIS SPECIALTY INSURANCE CO., <br><br>    Defendant. <br>==================================/ | No. C 13-1029 |
| SEONG HOON HONG, <br><br>    Plaintiff, <br><br>  v. <br><br>CHARTIS SPECIALTY INSURANCE CO., <br><br>    Defendant. <br>==================================/ | No. C 13-1769 |

On January 14, 2014, the parties filed a stipulation again to continue the dispositive motions hearing and case management conference in these related cases from January 23, 2014 to February 27, 2014. This stipulation (Docket No. 50 in Case No. 13-0777; Docket No. 39 in Case No. 13-1769; Docket No. 38 in Case No. 13-1029; Docket No. 99 in Case No. 12-2658) is DENIED. Instead of continuing the hearing date, the Court DENIES without prejudice the pending cross-motions for summary judgment (Docket Nos. 33 & 38 in Case No. 13-0777; Docket No. 30 in Case No. 13-1769; Docket No. 29 in Case No. 13-1029) and continues the case management conference to Wednesday, February 26, 2014 at 2:00 p.m. The parties may re-notice their summary judgment motions for a later date if they are ultimately unable to finalize their settlement agreement.

If the summary judgment motions hearing were continued until February 27 as the parties requested, or thereafter, the April 7, 2014 trial date would no longer be viable. Accordingly, the previously set trial and pretrial conference dates are hereby VACATED. These dates will be reset if the parties fail to finalize their settlement agreement.

IT IS SO ORDERED.

Dated: 1/15/2014

CLAUDIA WILKEN
United States District Judge