Anthony J. Barron, Bar No. 150447
abarron@nixonpeabody.com
Marcie Keenan Farano, Bar No. 177939
mfarano@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR INNOVATIVE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INNOVATIVE BANK,<br><br>Plaintiff,<br><br>vs.<br><br>SEONG HOON HONG; DAVID CHIU; JIN YOUNG KIM (AKA JIMMY KIM); JUNG MIN MOK; YOUNG HO WON; SANGCHOL AN; CHANG K. CHANG; SUNG SANG CHO; HARRY MOOK CHOI; YONG OH CHOI; TONY HUEY; CHONG KIM; JUNG KIM; BHUPENDRA PATEL,<br><br>Defendants. | CV-12-2658 CW<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION TO CONTINUE APRIL 2, 2014 CASE MANAGEMENT CONFERENCE TO JUNE 4, 2014;** ~~PROPOSED~~ **ORDER THEREON** |

-1-

WHEREAS, the parties reached a settlement in principal of this matter following mediation with Judge Warren (Ret.) on November 5, 2013;

WHEREAS, the parties are still working to reduce the settlement to a written agreement but have encountered difficulty over the past several months agreeing on the scope and precise terms of the written agreement;

WHEREAS, in late February 2014, the parties agreed to re-engage the mediator, Judge Warren (Ret.), for assistance and guidance in finalization of the written settlement agreement;

WHEREAS, the parties thereafter held a further telephonic session with Judge Warren (Ret.) to work out details of the written settlement agreement and related documentation of the settlement;

WHEREAS, following Judge Warren's further involvement, the FDIC-R recently circulated a further revised settlement draft and related documentation of the agreement for consideration;

WHEREAS, the parties are still working through the drafting issues and Judge Warren (Ret.) has stated he is available for additional consultation and oversight of this process;

WHEREAS the Court previously vacated all pending case dates, including the trial date, in this matter and set a Case Management Conference ("CMC") for April 2, 2014; at 2:00 P.M., at which time the parties were to report on finalization of the settlement and release agreement;

WHEREAS the parties believe that a further two month extension of the CMC will facilitate finalization of the settlement and allow them to work through the remaining drafting issues with oversight by Judge Warren (Ret.) on an as needed basis, and allow all parties and the Court to avoid unnecessary expenses and prevent wasting of judicial resources.

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the April 2, 2014 CMC be continued to June 4, 2014 at 2:00 P.M. or as soon thereafter as is convenient for the Court.

| | |
|---|---|
| Dated:  March 26, 2014 | Respectfully submitted, |
| | **NIXON PEABODY LLP** |
| | By: */s/ Marcie K. Farano*  |
| | Marcie K. Farano |
| | Attorneys for Plaintiff |
| | FEDERAL DEPOSIT INSURANCE |
| | CORPORATION AS RECEIVER FOR |
| | INNOVATIVE BANK |

The undersigned have given authority to Marcie K. Farano to file this Stipulation and [Proposed] Order on their behalf.

| | |
|---|---|
| Dated:  March 26, 2014 | **KIM, SHAPIRO, PARK & LEE** |
| | By: */s/ Steve E. Shapiro*  |
| | Steve Shapiro, Esq. |
| | Attorney for Defendants |
| | CHANG K. CHANG, JUNG MIN MOK, |
| | YONG OH CHOI, DAVID CHIU, TONY |
| | HUEY, JUNG KIM, BHUPENDRA |
| | PATEL AND SANGCHOL AN |

| | |
|---|---|
| Dated:  March 26, 2014 | **PARK & SYLVA** |
| | By: */s/ Daniel E. Park*  |
| | Daniel Eal Young Park, Esq. |
| | Attorney for Defendant |
| | SEONG HOON HONG |

| | |
|---|---|
| Dated:  March 26, 014 | **NASSIRI & JUNG LLP** |
| | By: */s/ Kassra Powell Nassiri*  |
| | Kassra Powell Nassiri, Esq. |
| | Attorney for Defendant |
| | YOUNG HO WON |

///
///
///

-3-

JOINT CASE MANAGEMENT CONFERENCES STATEMENT AND STIPULATION TO CONTINUE APRIL 2, 2014 CASE MANAGEMENT CONFERENCE TO JUNE 4, 2014; ~~PROPOSED~~ ORDER THEREON; CASE NO. CV 12 2658 CW

1  Dated:  March 26, 2014                    **LAW OFFICES OF ROBERT LANE**

2                                              By: */s/ Robert Lane*
3                                                  Robert Lane, Esq.
                                                   Attorney for Defendant
4                                                  HARRY MOOK CHOI

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

JOINT CASE MANAGEMENT CONFERENCES STATEMENT AND STIPULATION TO CONTINUE APRIL 2, 2014 CASE MANAGEMENT CONFERENCE TO JUNE 4, 2014; ~~PROPOSED~~ ORDER THEREON; CASE NO. CV 12 2658 CW

**[PROPOSED] ORDER**

Pursuant to Stipulation, it is ordered that the April 2, 2014 CMC in the above captioned matter be continued to June 4, 2014 at 2:00 P.M.

Dated: 3/31/2014

_____
Hon. Claudia A. Wilken
United States District Court Judge

-5-

JOINT CASE MANAGEMENT CONFERENCES STATEMENT AND STIPULATION TO CONTINUE APRIL 2, 2014 CASE MANAGEMENT CONFERENCE TO JUNE 4, 2014; PROPOSED ORDER THEREON; CASE NO. CV 12 2658 CW

# PROOF OF SERVICE

I, the undersigned, certify that I am employed in San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111.

The following document(s):

**JOINT CASE MANAGEMENT ORDER AND STIPULATION TO CONTINUE APRIL 2, 2014 CASE MANAGEMENT CONFERENCE TO JUNE 4, 2014; PROPOSED ORDER THEREON**

were served on the dates and on the parties stated below, through their attorneys of record, by placing a true copy thereof in sealed envelopes addressed as shown below by the following means of service:

- ☐ **(BY FACSIMILE)** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

- ☐ **(BY OVERNIGHT COURIER)** I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day

- ☐ **(BY COURIER)** by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

- ☒ **(BY E-MAIL)** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Addressee(s)

| | |
|---|---|
| John P. Lee, Esq.<br>Steve Shapiro, Esq.<br>Robert Dart, Esq.<br>KIM SHAPIRO PARK & LEE<br>3435 Wilshire Blvd, Suite 2050<br>Los Angeles, CA 90010<br>Tel.: (213) 380-9200<br>Fax: (213) 380-9302<br>Email: jlee@kspllaw.com<br>sshapiro@kspllaw.com ; rdart@kspllaw.com<br>*Counsel for Defendants Jung Min Mok, Yong Oh Choi, Chang K. Chang, David Chiu, Sangchol An, Bhupendra Patel, Tony Huey and Jung Kim* | Daniel E. Park, Esq.<br>Christopher C. Cianci, Esq.<br>Ann S. Hong, Esq.<br>PARK & SYLVA<br>3731 Wilshire Blvd, Suite 600<br>Los Angeles, CA 90010<br>Email: dpark@parksylvalaw.com<br>Christopher@parksylvalaw.com<br>ann@parksylvalaw.com<br>*Counsel for Defendant Seong Hoon Hong* |

JOINT CASE MANAGEMENT CONFERENCES STATEMENT AND STIPULATION TO CONTINUE APRIL 2, 2014 CASE MANAGEMENT CONFERENCE TO JUNE 4, 2014; ~~PROPOSED~~ ORDER THEREON; CASE NO. CV 12 2658 CW

| | |
|---|---|
| Kassra Powell Nassiri, Esq.<br>Charles H. Jung, Esq.<br>NASSIRI & JUNG LLP<br>47 Kearny Street, Suite 700<br>San Francisco, CA 94108<br>Email: knassiri@nassiri-jung.com;<br>cjung@nassiri-jung.com<br>*Counsel for Young Ho Won* | Randolph Gaw, Esq.<br>THE GAW GROUP<br>100 Pine Street, Suite. 1250<br>San Francisco, CA 94111<br>Email: rgaw@thegawgroup.com<br>*Counsel for Young Ho Won* |

Robert K. Lane, Esq.
3657 Grand Avenue
Oakland, CA 94610-2009
Email: r_k_lane@pacbell.net
*Counsel for Defendant Harry Mook Choi*

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 26, 2014, at San Francisco, California.

                                                  */s/ Donna L. Day*
                                                  Donna L. Day

14914822.1

JOINT CASE MANAGEMENT CONFERENCES STATEMENT AND STIPULATION TO CONTINUE APRIL 2, 2014 CASE MANAGEMENT CONFERENCE TO JUNE 4, 2014; ~~PROPOSED~~ ORDER THEREON; CASE NO. CV 12 2658 CW