1   Anthony J. Barron, Bar No. 150447
    abarron@nixonpeabody.com
2   Marcie Keenan Farano, Bar No. 177939
    mfarano@nixonpeabody.com
3   NIXON PEABODY LLP
    One Embarcadero Center, 18th Floor
4   San Francisco, California 94111-3600
    Telephone: (415) 984-8200
5   Fax:  (415) 984-8300
6
7   Attorneys for Plaintiff
    FEDERAL DEPOSIT INSURANCE CORPORATION
8   AS RECEIVER FOR INNOVATIVE BANK

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INNOVATIVE BANK, | ) ) ) |
| | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SEONG HOON HONG; DAVID CHIU; JIN YOUNG KIM (AKA JIMMY KIM); JUNG MIN MOK; YOUNG HO WON; SANGCHOL AN; CHANG K.  CHANG; SUNG SANG CHO; HARRY MOOK CHOI; YONG OH CHOI; TONY HUEY; CHONG KIM; JUNG KIM; BHUPENDRA PATEL, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

CV-12-2658 CW

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION TO CONTINUE JUNE 4, 2014 CASE MANAGEMENT CONFERENCE TO AUGUST 6, 2014; ORDER THEREON**

WHEREAS, the parties reached a settlement in principal of this matter following mediation with Judge Warren (Ret.) on November 5, 2013;

-1-

WHEREAS the parties have been exchanging drafts of the requisite settlement agreements and negotiating numerous terms of same;

WHEREAS, due to the complexity of the issues, the number of parties involved, and the number of law firms representing various parties, the parties have not yet found final language for the settlement agreements acceptable to all parties;

WHEREAS, over the past 6 months, the parties have repeatedly engaged Judge Warren (Ret.) for his assistance in finalizing the terms of the settlement;

WHEREAS, on May 22, 2014, the parties, including counsel for Chartis Specialty Insurance Company in the related insurance action, participated in a nine-hour mediation session before the Hon. James L. Warren (Ret.), to address the final terms of the settlement agreements;

WHEREAS, significant progress toward final resolution was made at the further mediation and the parties are still working to resolve some limited final terms and language in the settlement;

WHEREAS the parties believe that a further two month extension of the CMC will facilitate finalization of the settlement and allow them to work through the remaining drafting issues with oversight by Judge Warren (Ret.) on an as needed basis, and allow all parties and the Court to avoid unnecessary expenses and prevent wasting of judicial resources.

**IT IS HEREBY STIPULATED** by and between the parties through their designated counsel that the June 4, 2014 CMC be continued to August 6, 2014 at 2:00 P.M. or as soon thereafter as is convenient for the Court, and that the parties will submit a Joint Case Management Statement or individual Case Management Statements at least seven days before that date.

Dated:  May 28, 2014                                    Respectfully submitted,

**NIXON PEABODY LLP**

By: _/s/ Marcie K. Farano_____
     Marcie K. Farano
     Attorneys for Plaintiff
     FEDERAL DEPOSIT INSURANCE
     CORPORATION AS RECEIVER FOR
     INNOVATIVE BANK

-2-

1

2

The undersigned have given authority to Marcie K. Farano to file this Stipulation and [Proposed]

3

Order on their behalf.

4

5     Dated:  May 28, 2014                              **KIM, SHAPIRO, PARK & LEE**

6                                                       By: */s/ Steve E. Shapiro*_____

7                                                            Steve Shapiro, Esq.
                                                           Attorney for Defendants

8                                                          CHANG K. CHANG, JUNG MIN MOK,
                                                           YONG OH CHOI, DAVID CHIU, TONY

9                                                          HUEY, JUNG KIM, BHUPENDRA
                                                           PATEL AND SANGCHOL AN

10

11    Dated:  May 28, 2014                              **PARK & SYLVA**

12                                                      By: */s/ Daniel E. Park*_____

13                                                          Daniel Eal Young Park, Esq.
                                                           Attorney for Defendant

14                                                         SEONG HOON HONG

15

16    Dated:  May 28, 014                               **NASSIRI & JUNG LLP**

17                                                      By: */s/ Kassra Powell Nassiri*_____

18                                                          Kassra Powell Nassiri, Esq.
                                                           Attorney for Defendant

19                                                         YOUNG HO WON

20

21    Dated:   May 28, 2014                             **LAW OFFICES OF ROBERT LANE**

22                                                      By: */s/ Robert Lane*_____

23                                                          Robert Lane, Esq.
                                                           Attorney for Defendant

24                                                         HARRY MOOK CHOI

25

26

27

28

-3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to Stipulation, it is ordered that the June 4, 2014 CMC in the above captioned matter be continued to August 6, 2014 at 2:00 P.M.  The parties must submit a Joint Case Management Statement or individual Case Management Statements at least seven days before that date.

Dated: _____5/28/2014_____

_____
Hon. Claudia A. Wilken
United States District Court Judge

JOINT CASE MANAGEMENT CONFERENCES STATEMENT AND STIPULATION TO CONTINUE JUNE 4, 2014 CASE MANAGEMENT CONFERENCE TO AUGUST 6, 2014;                ORDER THEREON; CASE NO. CV 12 2658 CW

**PROOF OF SERVICE**

I, the undersigned, certify that I am employed in San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111.

The following document(s):

**JOINT CASE MANAGEMENT ORDER AND STIPULATION TO CONTINUE JUNE 4, 2014 CASE MANAGEMENT CONFERENCE TO AUGUST 6, 2014; PROPOSED ORDER THEREON**

were served on the dates and on the parties stated below, through their attorneys of record, by placing a true copy thereof in sealed envelopes addressed as shown below by the following means of service:

☐   **(BY FACSIMILE)** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐   **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

☐   **(BY OVERNIGHT COURIER)** I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day

☐   **(BY COURIER)** by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

☒   **(BY E-MAIL)** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Addressee(s)

| | |
|---|---|
| John P. Lee, Esq. | Daniel E. Park, Esq. |
| Steve Shapiro, Esq. | Christopher C. Cianci, Esq. |
| Robert Dart, Esq. | Ann S. Hong, Esq. |
| KIM SHAPIRO PARK & LEE | PARK & SYLVA |
| 3435 Wilshire Blvd, Suite 2050 | 3731 Wilshire Blvd, Suite 600 |
| Los Angeles, CA  90010 | Los Angeles, CA 90010 |
| Tel.: (213) 380-9200 | Email:  dpark@parksylvalaw.com |
| Fax: (213) 380-9302 | Christopher@parksylvalaw.com |
| Email:  jlee@kspllaw.com | ann@parksylvalaw.com |
| sshapiro@kspllaw.com ; rdart@kspllaw.com | *Counsel for Defendant Seong Hoon Hong* |
| *Counsel for Defendants Jung Min Mok, Yong Oh* | |
| *Choi, Chang K. Chang, David Chiu, Sangchol* | |
| *An, Bhupendra Patel, Tony Huey and Jung Kim* | |

JOINT CASE MANAGEMENT CONFERENCES STATEMENT AND STIPULATION TO CONTINUE JUNE 4, 2014 CASE MANAGEMENT CONFERENCE TO AUGUST 6, 2014;                ORDER THEREON; CASE NO. CV 12 2658 CW

1

2

3  Kassra Powell Nassiri, Esq.                    Randolph Gaw, Esq.
   Charles H. Jung, Esq.                          THE GAW GROUP
   NASSIRI & JUNG LLP                             100 Pine Street, Suite. 1250
4  47 Kearny Street, Suite 700                    San Francisco, CA  94111
   San Francisco, CA 94108                        Email:  rgaw@thegawgroup.com
5  Email:  knassiri@nassiri-jung.com;             *Counsel for Young Ho Won*
   cjung@nassiri-jung.com
6  *Counsel for Young Ho Won*

7  Robert K. Lane, Esq.
   3657 Grand Avenue
8  Oakland, CA  94610-2009
   Email:  r_k_lane@pacbell.net
9  *Counsel for Defendant Harry Mook Choi*

10

       I declare under penalty of perjury that the foregoing is true and correct.  Executed on

11

12 May 28, 2014, at San Francisco, California.

13

14

15                                                 */s/ Donna L. Day*
                                                   Donna L. Day
16

17

18 14995781.1

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT CONFERENCES STATEMENT AND STIPULATION TO CONTINUE JUNE 4,
2014 CASE MANAGEMENT CONFERENCE TO AUGUST 6, 2014;                    ORDER THEREON;
CASE NO. CV 12 2658 CW