1 | Anthony J. Barron, Bar No. 150447
2 | abarron@nixonpeabody.com
  | Marcie Keenan Farano, Bar No. 177939
3 | mfarano@nixonpeabody.com
  | NIXON PEABODY LLP
4 | One Embarcadero Center, 18th Floor
  | San Francisco, California 94111-3600
5 | Telephone: (415) 984-8200
  | Fax:  (415) 984-8300
6 |
7 | Attorneys for Plaintiff
  | FEDERAL DEPOSIT INSURANCE CORPORATION
8 | AS RECEIVER FOR INNOVATIVE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INNOVATIVE BANK, | ) ) ) | CASE NO.:   CV-12-2658 CW |
|---|---|---|
| Plaintiff, | ) ) ) ) | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION TO CONTINUE SEPTEMBER 17, 2014 CASE MANAGEMENT CONFERENCE TO OCTOBER 29, 2014; ORDER THEREON** |
| vs. | ) ) ) | |
| SEONG HOON HONG; DAVID CHIU; JIN YOUNG KIM (AKA JIMMY KIM); JUNG MIN MOK; YOUNG HO WON; SANGCHOL AN; CHANG K. CHANG; SUNG SANG CHO; HARRY MOOK CHOI; YONG OH CHOI; TONY HUEY; CHONG KIM; JUNG KIM; BHUPENDRA PATEL, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

-1-

1    WHEREAS the parties to this action, and all parties in the related actions, reached a settlement in principal of these matter following mediation  with Judge Warren (Ret.) on November 5, 2013;

    WHEREAS the parties in all of the actions have agreed to the terms of the settlement agreements in those actions;

    WHEREAS one of the individual defendants to this action, Harry Choi, passed away during the summer of 2014, resulting in a delay in obtaining an authorized signature on his behalf on the settlement agreements which has recently been resolved;

    WHEREAS more than half of the defendants have now executed the settlement agreements and the parties anticipate that the settlement agreements will be fully executed in the near future;

    WHEREAS, the settlement of these actions and matters will obviate the need for case management conferences; and

    WHEREAS, the parties greatly appreciate the Court's patience in this matter;

    **IT IS HEREBY STIPULATED** by and between the parties through their designated counsel that the case management conferences in the captioned actions currently scheduled for September 17, 2014, be continued to October 29, 2014, at 2:00 p.m., or other date suitable for the Court, and that the parties must submit a Joint Case Management Statement or individual Case Management Statements at least seven days before that date.

Dated:  September 10, 2014                    Respectfully submitted,

**NIXON PEABODY LLP**

By:  */s/ Marcie K. Farano*
      Marcie K. Farano
      Attorneys for Plaintiff
      FEDERAL DEPOSIT INSURANCE
      CORPORATION AS RECEIVER FOR
      INNOVATIVE BANK

-1-

JOINT CASE MANAGEMENT CONFERENCES STATEMENT AND STIPULATION TO CONTINUE SEPTEMBER 17, 2014 CASE MANAGEMENT CONFERENCE TO OCTOBER 29, 2014; PROPOSED ORDER THEREON;
CASE NO. CV 12 2658 CW

1  The undersigned have given authority to Marcie K. Farano to file this Stipulation and [Proposed]
2  Order on their behalf.

3
4  Dated: September 10, 2014                **KIM, SHAPIRO, PARK & LEE**

5                                           By: */s/ Steve E. Shapiro*
                                                 Steve Shapiro, Esq.
6                                                Attorney for Defendants
                                                 CHANG K. CHANG, JUNG MIN MOK,
7                                                YONG OH CHOI, DAVID CHIU, TONY
                                                 HUEY, JUNG KIM, BHUPENDRA
8                                                PATEL AND SANGCHOL AN

9
10 Dated: September 10, 2014                **PARK & SYLVA**

11                                          By: */s/ Daniel E. Park*
                                                 Daniel Eal Young Park, Esq.
12                                               Attorney for Defendant
                                                 SEONG HOON HONG
13

14
15 Dated: September 10, 2014                **NASSIRI & JUNG LLP**

16                                          By: */s/ Kassra Powell Nassiri*
                                                 Kassra Powell Nassiri, Esq.
17                                               Attorney for Defendant
                                                 YOUNG HO WON
18

19 Dated:  September 10, 2014               **LAW OFFICES OF ROBERT LANE**
20
                                            By: */s/ Robert Lane*
21                                               Robert Lane, Esq.
                                                 Attorney for Defendant
22                                               HARRY MOOK CHOI

23
24
25
26
27
28                                          -2-

JOINT CASE MANAGEMENT CONFERENCES STATEMENT AND STIPULATION TO CONTINUE
SEPTEMBER 17, 2014 CASE MANAGEMENT CONFERENCE TO OCTOBER 29, 2014; PROPOSED ORDER
THEREON;
CASE NO. CV 12 2658 CW

1 **ORDER**

2     Pursuant to Stipulation, it is ordered that the September 17, 2014 CMC in the above captioned

3 matter be continued to **November 5, 2014** at 2:00 P.M.  The parties must submit a Joint Case

4 Management Statement or individual Case Management Statements at least seven days before that

5 date.

8 Dated:     9/11/2014

                                              Hon. Claudia A. Wilken

9                                               United States District Court Judge

-3-

JOINT CASE MANAGEMENT CONFERENCES STATEMENT AND STIPULATION TO CONTINUE SEPTEMBER 17, 2014 CASE MANAGEMENT CONFERENCE TO OCTOBER 29, 2014; PROPOSED ORDER THEREON;
CASE NO. CV 12 2658 CW

**PROOF OF SERVICE**

I, the undersigned, certify that I am employed in San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111.

The following document(s):

**JOINT CASE MANAGEMENT ORDER AND STIPULATION TO CONTINUE SEPTEMBER 17, 2014 CASE MANAGEMENT CONFERENCE TO OCTOBER 29, 2014; PROPOSED ORDER THEREON**

was served on the dates and on the parties stated below, through their attorneys of record, by placing a true copy thereof in sealed envelopes addressed as shown below by the following means of service:

☐ **(BY FACSIMILE)** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

☐ **(BY OVERNIGHT COURIER)** I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day

☐ **(BY COURIER)** by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

☒ **(BY E-MAIL)** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Addressee(s)

| | |
|---|---|
| John P. Lee, Esq.<br>Steve Shapiro, Esq.<br>Robert Dart, Esq.<br>KIM SHAPIRO PARK & LEE<br>3435 Wilshire Blvd, Suite 2050<br>Los Angeles, CA 90010<br>Tel.: (213) 380-9200<br>Fax: (213) 380-9302<br>Email: jlee@kspllaw.com<br>sshapiro@kspllaw.com ; rdart@kspllaw.com<br>*Counsel for Defendants Jung Min Mok, Yong Oh Choi, Chang K. Chang, David Chiu, Sangchol An, Bhupendra Patel, Tony Huey and Jung Kim* | Daniel E. Park, Esq.<br>Christopher C. Cianci, Esq.<br>Ann S. Hong, Esq.<br>PARK & SYLVA<br>3731 Wilshire Blvd, Suite 600<br>Los Angeles, CA 90010<br>Email: dpark@parksylvalaw.com<br>Christopher@parksylvalaw.com<br>ann@parksylvalaw.com<br>*Counsel for Defendant Seong Hoon Hong* |

-4-

JOINT CASE MANAGEMENT CONFERENCES STATEMENT AND STIPULATION TO CONTINUE SEPTEMBER 17, 2014 CASE MANAGEMENT CONFERENCE TO OCTOBER 29, 2014; PROPOSED ORDER THEREON;
CASE NO. CV 12 2658 CW

| | |
|---|---|
| Kassra Powell Nassiri, Esq.<br>Charles H. Jung, Esq.<br>NASSIRI & JUNG LLP<br>47 Kearny Street, Suite 700<br>San Francisco, CA 94108<br>Email:  knassiri@nassiri-jung.com;<br>cjung@nassiri-jung.com<br>*Counsel for Young Ho Won* | Randolph Gaw, Esq.<br>THE GAW GROUP<br>100 Pine Street, Suite. 1250<br>San Francisco, CA  94111<br>Email:  rgaw@thegawgroup.com<br>*Counsel for Young Ho Won* |

Robert K. Lane, Esq.
3657 Grand Avenue
Oakland, CA  94610-2009
Email:  r_k_lane@pacbell.net
*Counsel for Defendant Harry Mook Choi*

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 11, 2014, at San Francisco, California.

                                                                           */s/ Donna L. Day*
                                                                           Donna L. Day

15128044.1

JOINT CASE MANAGEMENT CONFERENCES STATEMENT AND STIPULATION TO CONTINUE SEPTEMBER 17, 2014 CASE MANAGEMENT CONFERENCE TO OCTOBER 29, 2014; PROPOSED ORDER THEREON;
CASE NO. CV 12 2658 CW