Kathleen M. Balderston, *Admitted Pro Hac Vice*
kbalderston@nixonpeabody.com
Anthony J. Barron, Bar No. 150447
abarron@nixonpeabody.com
Marcie Keenan Farano, Bar No. 177939
mfarano@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR INNOVATIVE BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INNOVATIVE BANK,<br><br>                              Plaintiff,<br><br>        vs.<br><br>SEONG HOON HONG; DAVID CHIU; JIN YOUNG KIM (AKA JIMMY KIM); JUNG MIN MOK; YOUNG HO WON; SANGCHOL AN; CHANG K.  CHANG; SUNG SANG CHO; HARRY MOOK CHOI; YONG OH CHOI; TONY HUEY; CHONG KIM; JUNG KIM; BHUPENDRA PATEL,<br><br>                              Defendants. | CV-12-2658 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii); AND ORDER**<br><br><br><br>**Complaint Filed:  May 23, 2012** |

4835-9302-6081.1

-1-

**STIPULATION TO DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties hereto, through their designated counsel, HEREBY STIPULATE AND AGREE to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.  Each party shall bear its own attorneys' fees and costs.

Dated:  February 12, 2015                    Respectfully submitted,

**NIXON PEABODY LLP**

By:  */s/ Marcie K. Farano*
    Marcie K. Farano
    Attorneys for Plaintiff
    FEDERAL DEPOSIT INSURANCE
    CORPORATION AS RECEIVER FOR
    INNOVATIVE BANK

The undersigned have given authority to Marcie K. Farano to file this Stipulation on their behalf.

Dated:  February 12, 2015                    **KIM, SHAPIRO, PARK & LEE**

By:  */s/ Steve E. Shapiro*
    Steve Shapiro, Esq.
    Attorney for Defendants
    CHANG K. CHANG, JUNG MIN MOK,
    YONG OH CHOI, DAVID CHIU, TONY
    HUEY, JUNG KIM, BHUPENDRA PATEL
    AND SANGCHOL AN

Dated:  February 12, 2015                    **PARK & SYLVA**

By:  */s/ Daniel E. Park*
    Daniel Eal Young Park, Esq.
    Attorney for Defendant
    SEONG HOON HONG

Dated:  February 12, 2015                    **NASSIRI & JUNG LLP**

By:  */s/ Kassra Powell Nassiri*
    Kassra Powell Nassiri, Esq.
    Attorney for Defendant
    YOUNG HO WON

4835-9302-6081.1

STIPULATION TO DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P.  41(a)(1)(A)(ii);
CASE NO. CV 12 2658 CW

Dated:   February 12, 2015

**LAW OFFICES OF ROBERT LANE**

By:  */s/ Robert Lane*
          Robert Lane, Esq.
          Attorney for Defendant
          HARRY MOOK CHOI

2/17/15



4835-9302-6081.1

STIPULATION TO DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P.  41(a)(1)(A)(ii);
CASE NO. CV 12 2658 CW

1

**PROOF OF SERVICE**

2

I, the undersigned, certify that I am employed in San Francisco, California; that I am over the

3

age of eighteen years and not a party to the within action; and that my business address is Nixon

4

Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA  94111.

5

The following document(s):

6

**STIPULATION TO DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P.  41(a)(1)(A)(ii)**

7

were served on the dates and on the parties stated below, through their attorneys of record, by placing a

8

true copy thereof in sealed envelopes addressed as shown below by the following means of service:

9

10    ☐    **(BY FACSIMILE)** by transmitting via facsimile the document(s) listed above to
           the fax number(s) set forth below on this date before 5:00 p.m.

11

12    ☐    **(BY MAIL)** by placing the document(s) listed above in a sealed envelope with
           postage thereon fully prepaid, the United States mail at San Francisco, California
           addressed as set forth below.

13

14    ☐    **(BY OVERNIGHT COURIER)**  I  caused each such envelope to be given to an
           overnight mail service at San Francisco, California, to be hand delivered to the
           office of the addressee on the next business day

15

16    ☐    **(BY COURIER)** by placing the document(s) listed above in a sealed  envelope
           and affixing a pre-paid air bill, and causing the envelope to be delivered to an
           agent for delivery.

17

18    ☒    **(BY E-MAIL)** by transmitting via e-mail or electronic transmission the
           document(s) listed above to the person(s) at the e-mail address(es) set forth below.

19

Addressee(s)

20    John P. Lee, Esq.                          Daniel E. Park, Esq.
      Steve Shapiro, Esq.                        Christopher C. Cianci, Esq.

21    Robert Dart, Esq.                          Ann S. Hong, Esq.
      KIM SHAPIRO PARK & LEE                     PARK & SYLVA

22    3435 Wilshire Blvd, Suite 2050             3731 Wilshire Blvd, Suite 600
      Los Angeles, CA  90010                     Los Angeles, CA 90010

23    Tel.: (213) 380-9200                       Email:  dpark@parksylvalaw.com
      Fax: (213) 380-9302                        Christopher@parksylvalaw.com

24    Email:  jlee@kspllaw.com                   ann@parksylvalaw.com
      sshapiro@kspllaw.com ; rdart@kspllaw.com   *Counsel for Defendant Seong Hoon Hong*

25    *Counsel for Defendants Jung Min Mok, Yong Oh*
      *Choi, Chang K. Chang, David Chiu, Sangchol*

26    *An, Bhupendra Patel, Tony Huey and Jung Kim*

27

28

4835-9302-6081.1

STIPULATION TO DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P.  41(a)(1)(A)(ii);
CASE NO. CV 12 2658 CW

1 | Kassra Powell Nassiri, Esq. | Randolph Gaw, Esq.
2 | Charles H. Jung, Esq. | THE GAW GROUP
  | NASSIRI & JUNG LLP | 100 Pine Street, Suite. 1250
3 | 47 Kearny Street, Suite 700 | San Francisco, CA  94111
  | San Francisco, CA 94108 | Email:  rgaw@thegawgroup.com
4 | Email:  knassiri@nassiri-jung.com; | *Counsel for Young Ho Won*
  | cjung@nassiri-jung.com |
  | *Counsel for Young Ho Won* |

Robert K. Lane, Esq.
3657 Grand Avenue
Oakland, CA  94610-2009

R. Kingsbury Lane Corp.
36 Nicholl Ave.
Point Richmond, CA  94801
Tel:   (510) 233-2230
        (510) 233-2217
Fax:  (510) 233-2213
Email:  r_k_lane@pacbell.net
*Counsel for Defendant Harry Mook Choi*

        I declare under penalty of perjury that the foregoing is true and correct.  Executed on February

12, 2015, at San Francisco, California.

                                                                    _____
                                                                    Donna L. Day

                                                                                                4835-9302-6081.1

                                                        -5-
STIPULATION TO DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P.  41(a)(1)(A)(ii);
CASE NO. CV 12 2658 CW